IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| BOBBY RAY DYER, JR., | : | |
|---|---|---|
| Plaintiff | : | |
| VS. | : | |
| UNKNOWN DEFENDANT(S), | : | NO. 5:07-CV-254 (CAR) |
| Defendant | : | **O R D E R** |

Plaintiff **BOBBY RAY DYER, JR.**, while confined at Calhoun State Prison, submitted the instant *pro se* civil rights complaint under 42 U.S.C. § 1983. On July 11, 2007, the Court instructed plaintiff to present his claims on this Court's standard section 1983 forms and to either submit the full filing fee of $350.00 or return a financial affidavit seeking leave to proceed IFP. Plaintiff was expressly informed that if he failed to comply with the Court's order within thirty days, his case would be dismissed.

The time for responding to the Court's July 11th order has now expired, yet plaintiff has failed to do so. He has apparently elected not to pursue his allegations further. Accordingly, it is hereby **ORDERED** that plaintiff's pleadings be **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 20th day of August, 2007.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

cr